987 A.2d 1213

IN THE MATTER OF JOSEPH A. CARMEN, AN ATTORNEY AT LAW.

January 27, 2010.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–121, concluding that **JOSEPH A. CARMEN** of **MARLTON,** who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.3(lack of diligence) and *RPC* 1.4(b)(failure to communicate with client), and good cause appearing;

It is ORDERED that **JOSEPH A. CARMEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.